FILED
2007 May-24  PM 12:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **DEMARCUS JAMES MCCLOUD,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) **CIVIL NO. 1:05-CV-1583-VEH** |
| **v.** | ) |
| | ) |
| **BILLY MITCHEM, WARDEN;** | ) |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| **Respondents.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on May 1, 2007, recommending that the petition for writ of habeas corpus be dismissed as untimely. The parties were allowed an opportunity to file objections to the magistrate judge's findings and recommendation. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED** as untimely. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 24th day of May, 2007.

_____
 **VIRGINIA EMERSON HOPKINS**
United States District Judge